# EXHIBIT B

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| | | HOTEL PROPERTIES | | | | |
| 82 | PMD I, LLC | DoubleTree by Hilton Baltimore – BWI Airport | 890 Elkridge Landing Rd. | Linthicum Heights | MD | 21090 |
| 110 | TPG LA Commerce, LLC | DoubleTree by Hilton Los Angeles – Commerce | 5757 Telegraph Road | Commerce | CA | 90040 |
| 109 | TPG Green Tree Hotel Manager, LLC | Doubletree by Hilton Pittsburgh - Green Tree (Management ONLY WC, Crime, EPLI) | 500 Mansfield Ave | Pittsburgh | PA | 15205 |
| 123 | NHH CMS Roswell, L.P. | Doubletree by Hilton Roswell (Management ONLY WC, Crime, EPLI) | 1075 Holcomb Bridge Road | Roswell | GA | 30076 |
| 25 | IProcTulsa, LLC | DoubleTree By Hilton Tulsa (GL ,Umb., property insured elsewhere) | 6110 South Yale Avenue | Tulsa | OK | 74136-1908 |
| 4 | First Warwick Hotel Investors, LLC | Fairfield Inn & Suites Providence Airport | 1940 Post Road | Warwick | RI | 02886-1522 |
| 18 | P-LR-5A, LP | Hilton Boston/Dedham | 25 Allied Drive | Dedham | MA | 02026-6192 |
| 2 | PRI I, LP | Hilton Providence | 21 Atwells Avenue | Providence | RI | 02903-1027 |
| 38 | Proc GA, LP | Hilton Suites Atlanta Perimeter | 6120 Peachtree Dunwoody Road | Atlanta | GA | 30328-4513 |
| 39 | PIL II, LP | Hilton Suites Chicago Magnificent Mile | 198 East Delaware Place | Chicago | IL | 60611 |
| 5 | South Kingstown Hotel Investors, LLC | Holiday Inn South Kingstown | 3009 Tower Hill Road | S Kingstown | RI | 02874-1504 |
| 122 | PHR Traverse City Hotel Manager, LLC | Hotel Indigo Traverse City (Crime Only) | 263 West Grandview Parkway | Traverse City | MI | 49684 |
| 62 | TPG Lexington, LLC | Hyatt Regency Lexington | 401 West High Street | Lexington | KY | 40505 |
| 108 | HYL Hotel Manager, LLC | Hyatt Regency Lisle (Management ONLY WC, Crime, EPLI) | 1400 Corporetum Dr. | Lisle | IL | 60532 |

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| 46 | PMO II, LP | InterContinental at the Plaza Kansas City | 401 Ward Parkway | Kansas City | MO | 64112-2102 |
| 119 | 13402 Noel Road Hotel Manager, LLC | Le Meridien Dallas Galleria ( Management only WC, Crime & EPLI and Cyber ) | 13402 Noel  Rd | Dallas | TX | 75240 |
| 37 | PRI X LLC | Lighthouse Inn Galilee - Seasonal (VACANT USE VACANT exposures remove room count) | 307 Great Island Road | Narragansett | RI | 02882 |
| 72 | PNY II, LLC | Marriott Buffalo | 1340 Millersport Highway | Buffalo | NY | 14221 |
| 59 | LR Lauderdale Hotel LLC | Marriott Ft. Lauderdale North | 6650 N. Andrews Avenue | Ft. Lauderdale | FL | 33309 |
| 76 | CHSP TRS Newton, LLC | Marriott Newton (Property Insured elsewhere) | 2345 Commonwealth Ave | Newton | MA | 02466 |
| 124 | Jemal's Bulldog, LLC | Moxy Hotel Washington DC | 1011 K Street NW | Washington | DC | 20001 |
| 6 | INP, LLC | Ocean Rose Inn Narragansett - Seasonal | 113 Ocean Road | Narragansett | RI | 02882-1324 |
| 75 | PRI XIX, LP | One West Exchange Condominium (Stand Alone GL & Crime Policy) | One West Exchange Street | Providence | RI | 02903-1058 |
| 118 | TPG St. Pete Beach, LLC | Postcard Inn St. Pete Beach | 6340-6390 Gulf Boulevard | St. Pete Beach | FL | 33706 |
| 111 | Pullman Miami HR, LLC | Pullman Miami Airport (Management ONLY WC, Crime, EPLI) | 5800 Blue Lagoon Drive | Miami | FL | 33126 |
| 60 | TPG Boca Raton, LLC | Renaissance Boca Raton | 2000 W 19th Street | Boca Raton | FL | 33431 |
| 103 | PIL O'Hare HR, LLC | Renaissance Chicago O'Hare Suites (Management ONLY WC, Crime, EPLI) | 8500 West Bryn Mawr Avenue | Chicago | IL | 60631 |
| 96 | RP Providence, LLC | Renaissance Providence | 5 Avenue of the Arts | Providence | RI | 2903 |

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| 21 | TPG WATERFORD, LLC | Renaissance Waterford Oklahoma | 6300 Waterford Blvd | Oklahoma City | OK | 73118-1140 |
| 66 | PVA V, LLC | Sheraton Suites Old Town Alexandria (ONLY WC, Crime, EPLI) | 801 North Saint Asaph Street | Alexandria | VA | 22314 |
| 70 | 422 Hotel, LLC | Sheraton Suites Wilmington Downtown | 422 Delaware Avenue | Wilmington | DE | 19801-1508 |
| 116 | PHR Wilmington Hotel Manager, LLC | Springhill Suites Wilmington Mayfaire (Crime Only) | 1014 Ashes Drive | Wilmington | NC | 28405 |
| 117 | PHR St. Petersburg Hotel Manager, LLC | Staybridge Suites St. Petersburg (Crime Only) | 940 5th Ave S | St. Petersburg | FL | 33705 |
| 65 | PFL VII, LLC | Westin Fort Lauderdale North | 400 Corporate Drive | Fort Lauderdale | FL | 33334 |
| 57 | HCP Grosvenor Orlando Owner, LLC | Wyndham Lake Buena Vista Resort | 1850 Hotel Plaza Blvd | Lake Buena Vista | FL | 32830 |
|  | 20 North Water Street, LLC | Chapman House | 3 Step Lane | Nantucket | MA | 02554 |
|  | 20 North Water Street, LLC | Chapman House | 6 Step Lane | Nantucket | MA | 02554 |
|  | 3 Step Lane, LLC | Veranda House | 20 North Water Street | Nantucket | MA | 02554 |
|  |  | Church Landing | 281 Daniel Webster Hwy | Meredith | NH | 03253 |
|  |  | Lakeshore Cottage | 281 Daniel Webster Hwy | Meredith | NH | 03253 |
|  |  | Boathouse Cottage | 281 Daniel Webster Hwy | Meredith | NH | 03253 |
|  |  | Birch Lodge | 281 Daniel Webster Hwy | Meredith | NH | 03253 |
|  |  | Mills Falls Group | 312 Daniel Webster Hwy, Building #1 | Meredith | NH | 03253 |

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| | | **Mills Falls Group** | 312 Daniel Webster Hwy, Building #2 | Meredith | NH | 03253 |
| | | **Mills Falls Group** | 312 Daniel Webster Hwy, Building #3 | Meredith | NH | 03253 |
| | | **Mills Falls Group** | 312 Daniel Webster Hwy, Building #4 | Meredith | NH | 03253 |
| | | **Mills Falls Group** | 312 Daniel Webster Hwy, Building #5 | Meredith | NH | 03253 |
| | | **Chase House** | 300 Daniel Webster Hwy | Meredith | NH | 03253 |
| | | **Bay Point** | 1 NH Route 25 | Meredith | NH | 03253 |
| | | **Maintenance** | 158 Main Street | Meredith | NH | 03253 |
| | 140 Toll House Hotel, LLC | **Toll House Hotel** | 140 South Santa Cruz Avenue | Los Gatos | CA | 95030 |
| | 1651 Tiburon Hotel, LLC | **Lodge at Tiburon** | 1651 Tiburon Boulevard | Tiburon | CA | 94920 |
| | TPG 100 Sabin Hotel, LLC | **Residence Inn by Marriott Providence Downtown** | 100 Sabin Street | Providence | RI | 02903 |
| | Regatta Inn Nantucket, LLC | **Regatta Inn** | 78 Centre Street | Nantucket | MA | 02554 |
| | Jemals Dupont Hotel, LLC | **Kimpton Topaz Hotel (Management Only- WC, Crime, EPLI, Cyber, E&O) - 2 weeks** | 1733 N. St NW | Washington | DC | 20036 |
| **NON-HOTEL PROPERTIES** | | | | | | |
| 1 | **Procaccianti Companies, Inc.** | **Corporate Office** | 1140 Reservoir Ave | Cranston | RI | 02920-6032 |
| 31 | **Primary Properties, Inc.** | **Vacant Brick Mill Buildings** | 1 Carrington Rd | Lincoln | RI | 02865-1702 |
| 33 | **Hunt Club, LLC** | **Dwelling / 250 acres Vacant Land** | 86 Kuehn Road | Hopkinton | RI | 2804 |

COMPLAINT-00172

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| 43 | TPG 100 Sabin Hotel, LLC | Residence Inn Providence (under construction/builder's risk) | 100 Sabin Street | Providence | RI | 2903 |
| 56 | PRI XIV, LP | Empire at Broadway (parking lot) | 209 Fountain Street | Providence | RI | 02903 |
| 78 | Custom House Historic Properties, LLC | Custom House | 1 Custom House Street | Providence | RI | 02903 |
| 90 | Hunt Club, LLC | Land and Barn | 79 Kuehn Road | Hopkinton | RI | 02804 |
| 91 | PBH Realty, LLC | Jamestown Vineyard (Barn / vineyard) | 334 Beavertail Road | Jamestown | RI | 2835 |
| 101 | East Matunuck Pointe Group, Inc. | Development Lot (GL Only) | 799-801 Succotash Road | South Kingstown | RI | 02879 |
| 113 | TPG Mandalay, LLC | Mandalay Villas (WC, Crime, EPLI) | 1395 Towne Centre Village Drive | McDonough | GA | 30253 |
| 114 | TPG Stonegate, LLC | Stonegate at Eagles Landing (WC, Crime, EPLI) | 700 Rock Quarry Road | Stockbridge | GA | 30281 |
| 115 | NMS Realty Trust | Vacant Lot - 3.88 acres | 280 & 288 Kinsley Avenue and 153 Harris Avenue | Providence | RI | 02903 |
| 120 | Primary Properties, Inc. | 231 Royal Palm Way (office and [parking garage) 35,458 total sq. ft. 24,703 of parking, rest office | 231 Royal Palm Way | Palm Beach | FL | 33480 |
| 121 | 1910 Airport Post Road, LLC | vacant Lot 1.2 acres | 1910 Post Road | Warwick | RI | 02886 |
| 131 | Procaccianti Companies, Inc. | Leased Office Space | 3625 Cumberland Blvd, Suite 240 | Atlanta | GA | 30339 |
| 01-1 | Reservoir Investment Partners, LLC | Century Plaza | 1140 Reservoir Ave | Cranston | RI | 02920-6032 |
| 01-5 | 365 Parking Providence, LLC | 365 Parking Providence | 21 Atwells Avenue | Providence | RI | 02903 |
| 01-7 | 365 Parking California, LLC | 365 Parking California | 1704 Fourth Street | Santa Monica | CA | 90401 |

| TPG Site # | Entity Name | Property Name | Address: | City | State | Zip |
|---|---|---|---|---|---|---|
| 01-8 | 365 Parking Florida, LLC | 365 Parking Florida | 321 Royal Palm Way | Palm Beach | FL | 33480 |
|  |  | 28 Alhambra | 28 Alhambra Road | Warwick | RI | 02886 |
|  | 1975 Post Road, LLC | 1975 Post | 1975 Post Road | Warwick | RI | 02886 |
|  | Hampshire Hospitality Holdings, LLC | Mills Falls Group | 10 Dover Street | Meredith | NH | 03253 |
|  | EM Middletown Dev, LLC | Middletown Development Lot (GL only for land under construction) | 1225 Aquidneck Avenue & 533 East Main Road | Middletown | RI | 02842 |

COMPLAINT-00173