# EXHIBIT C

**EXHIBIT C**

**Examples of Civil Authority Orders Impacting Procaccanti Hotel Locations[1]**

| CALIFORNIA | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Location** |
| Public Order Under City of Los Angeles Emergency Authority | Los Angeles City | 3/19/2020, revised 4/10/2020 | Imposing "safer at home" requirements and stating: "This Order is given because, among other reasons, the *COVID-19 virus* can spread easily from person to person and it *is physically causing property loss or damage due to its tendency to attach to surfaces for prolonged periods of time*" | DoubleTree by Hilton Los Angeles – Commerce, 5757 Telegraph Road, Commerce, CA 90040 |
| Stay at Home Order | Santa Clara County | 3/16/2020 | "All individuals currently living within Santa Clara County (the "County") are *ordered to shelter at their place of residence*. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. *All persons may leave their residences only for Essential Activities*, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10. . . . " | Toll House Hotel, 140 South Santa Cruz Avenue, Los Gatos, CA 95030 |

[1] Note, this exhibit lists examples only and is not meant to be exhaustive. Several additional civil authority orders have impacted insured locations and orders continue to be updated and issued. Procaccianti reserves all rights to provide additional information on orders, and to supplement that information, during the course of this litigation.

| CALIFORNIA | | | | |
|---|---|---|---|---|
| Shelter in Place Order | Marin County | 3/16/2020 | "All individuals currently living within Marin County (the "County") are *ordered to shelter at their place of residence*. To the extent individuals are using shared or outdoor spaces, they must at all times as reasonably possible maintain social distancing of at least six feet from any other person when they are outside their residence. *All persons may leave their residences only for Essential Activities*, Essential Governmental Functions, or to operate Essential Businesses, all as defined in Section 10." | Lodge at Tiburon, 1651 Tiburon Blvd, Tiburon, CA 94920 |

| FLORIDA | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| Emergency Order 20-03 Directing Shelter-in-Place: Safer at Home Policy | Broward County | 3/26/2020 | "WHEREAS, this Emergency Order is necessary because of the propensity of the virus to spread person to person and also *because the virus is physically causing property damage due to its proclivity to attach to surfaces for prolonged periods of time*; WHEREAS, this Emergency Order is necessary to protect the lives, health, welfare, and safety of the County's residents from the devastating impacts of this pandemic"<br><br>"Section 1A. *Individuals are strongly urged to remain home other than to engage in essential activities*, which are the minimum activities necessary to conduct Minimum Business Operations (as defined in Section 2 below) or to engage in or patronize Essential Businesses (as defined in Section 3 below), unless otherwise expressly exempted from the limitations of Broward County Administrator's Emergency Order 20-01 as set forth in Section 4 and Section 6 below. Individual daily outdoor exercise that complies with CDC social distancing guidelines is permitted. Individuals outside their homes shall comply with all requirements of the Executive Orders issued by the Governor of the State of Florida and all Broward County Emergency Orders, and must adhere to all measures advised by the CDC regarding social distancing." | Westin Fort Lauderdale North, 400 Corporate Drive, Fort Lauderdale, FL 33334 |
| Emergency Ordinance No. 2020-013 | Palm Beach County | 7/28/2020 | "WHEREAS, immediate enactment of this Emergency Ordinance is *necessary to protect the health, safety, and welfare* of the County's residents; and WHEREAS, the Board has determined that the immediate enactment of this Emergency Ordinance is necessary to reaffirm and reinforce | Renaissance Boca, 2000 W 19th Street, Boca Raton, FL 33431 |

| FLORIDA | | | | |
|---|---|---|---|---|
| | | | the County Administrator's power during the current public health emergency” | |
| Executive Order to Stay at Home | Orange County | 3/24/2020 | “WHEREAS, COVID-19 is spread amongst the population by various means of exposure, including the *propensity to spread person to person and the propensity to attach to surfaces for prolonged periods of time, thereby spreading from surface to person and causing increased infections to persons*<br>. . .<br>WHEREAS, this Emergency Executive Order is issued to protect the health and safety of the citizens, residents and visitors of Orange County, to assist the healthcare delivery system in its ability to serve those persons infected by COVID-19, and to preserve the public's access to essential services and maintain the operation of critical infrastructure.” | Wyndham Lake Buena Vista Resort, 1850 Hotel Plaza Blvd, Lake Buena Vista, FL 32830 |
| COVID-19 Safer at Home Order | Pinellas County | 3/25/2020 | “WHEREAS, conditions presented by the threat of *COVID-19 continue to pose a threat to the public health* that requires dynamic emergency response, including the maintenance of existing orders, as well as the imposition of additional directives and orders as conditions require; and<br>WHEREAS, there is reason to believe that COVID-19 is spread amongst the population by various means of exposure, including the propensity to spread person to person and the *propensity to attach to surfaces for prolonged periods of time, thereby spreading from surface to person and causing increased infections to persons, and property loss and damage* in certain circumstances;” | Postcard Inn St. Pete Beach<br>6340-6390 Gulf Boulevard, St. Pete Beach, FL 33706 |

| ILLINOIS | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| Order of the Governor – Disaster Proclamation | Illinois | 4/01/2020 | "WHEREAS, the *circumstances surrounding COVID-19 have resulted in* the occurrence and threat of widespread and *severe damage, injury, and loss of life and property* under Section 4 of the Illinois Emergency Management Agency Act;" | Hilton Suites Chicago Magnificent Mile, 198 East Delaware Place, Chicago, IL 60611 |

| MARYLAND | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| Order of the Governor Requiring All Persons to Stay at Home | Maryland | 3/30/2020 | "WHEREAS, A state of emergency and catastrophic health emergency was proclaimed on March 5, 2020, and renewed on March 17, 2020, to control and prevent the spread of COVID-19 within the state, and *the state of emergency and catastrophic health emergency still exists*;<br>WHEREAS, COVID-19, a respiratory disease that spreads easily from person to person and may result in serious illness or death, is a public health catastrophe and has been confirmed throughout Maryland;<br>. . .<br>WHEREAS, To protect the public health, welfare, and safety, prevent the transmission of the novel coronavirus, control the spread of COVID-19, and save lives, it is *necessary to control and direct the movement of individuals in Maryland*, including those on the public streets;<br>WHEREAS, It is *further necessary to control and direct in Maryland the occupancy and use of buildings and premises*, as well as places of amusement and assembly;" | Doubletree Baltimore BWI,<br>890 Elkridge Landing Road<br>Linthicum Heights, MD 21090 |

| MASSACHUSETTS | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| COVID-19 Order No. 30 – Extension of Stay at Home Order and Closure of Nonessential Businesses | Massachusetts | 4/28/2020 | "WHEREAS, on March 10, 2020, I, Charles D. Baker, Governor of the Commonwealth of Massachusetts, acting pursuant to the powers provided by Chapter 639 of the Acts of 1950 and Section 2A of Chapter 17 of the General Laws, declared that there now exists in the Commonwealth of Massachusetts *a state of emergency due to the outbreak of the 2019 novel Coronavirus* ("COVID-19");<br>. . .<br>WHEREAS, the Department of Public Health accordingly continues to *urge all residents of the Commonwealth to limit activities outside of the home and to practice social distancing at all times to limit the spread of this highly contagious and potentially deadly virus*; and<br>. . .<br>NOW, THEREFORE, I hereby order the following:<br>The provisions of the March 23, 2020 Order Assuring Continued Operation of Essential Services in the Commonwealth, Closing Certain Workplaces, and Prohibiting Gatherings of More than 10 People ("COVID-19 Order No. 13") are hereby extended until May 18, 2020.<br>Accordingly, all businesses and other organizations that do not provide COVID-19 Essential Services shall not re-open their bricks-and-mortar premises to workers, customers, or the public before May 18, 2020.<br>Gatherings of more than 10 people also remain prohibited until May 18, 2020." | Hilton Boston/Dedham, 25 Allied Drive, Dedham, MA 02026-6192<br><br>Chapman House, 3 Step Lane, Nantucket, MA 02554<br><br>Chapman House (Arbor House Rooms), 6 Step Lane, Nantucket, MA 02554<br><br>Regatta Inn, 78 Centre St., Nantucket, MA 02554<br><br>Veranda House, 20 North Water Street, Nantucket, MA 02554 |

| OKLAHOMA | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| Revised Proclamation of State of Emergency | Oklahoma City | 3/28/2020 | "NOW THEREFORE, BE IT PROCLAIMED as the Mayor of The City of Oklahoma City, *the COVID-19 pandemic*, and specifically the local community transmission of such disease, *is and continues to be a public disaster which affects life, health, property* and public peace within the limits of The City of Oklahoma City.<br><br>AND I DO FURTHER PROCLAIM, effective 11:59 pm, March 28, 2020 through April 16, 2020, residents living within the limits of The City of Oklahoma City are required to shelter at their place of residence as provided herein" | Renaissance Waterford Oklahoma, 6300 Waterford Blvd, Oklahoma City, OK 73118-1140 |

| RHODE ISLAND | | | | |
|---|---|---|---|---|
| **Order Title (shortened)** | **Authority** | **Date Issued** | **Statement** | **Relevant Hotel Locations** |
| Amended Emergency Declaration – Stay at Home Order | Rhode Island | 3/28/2020 | Requiring all Rhode Island residents to stay at home and requiring all non-critical retail businesses to cease in-person operations effective Monday, March 30, 2020. Order recognized:<br><br>"WHEREAS, on March 9, 2020, I declared a *state of emergency due to the dangers to health and life posed by COVID-19*;<br><br>WHEREAS, aggressive and sustained efforts are necessary to slow the spread of the COVID-19 virus and to lessen the strain on our healthcare system;<br><br>WHEREAS, the *COVID-19 virus continues to spread* and threatens to overwhelm the State's ability to respond;" | Fairfield Inn & Suites Providence Airport, 1940 Post Road, Warwick, RI 02886-1522<br><br>Hilton Providence, 21 Atwells Avenue, Providence, RI 02903-1027<br><br>Holiday Inn South Kingstown, 3009 Tower Hill Road, South Kingstown, RI 02874-1504<br><br>Lighthouse Inn Galilee – Seasonal, 307 Great Island Road, Narragansett, RI 02882-5727<br><br>Ocean Rose Inn Narragansett – Seasonal, 113 Ocean Road, Narragansett, RI 02882-1324<br><br>One West Exchange Condominiums, One West Exchange Street, Providence, RI 02903-1058<br><br>Renaissance Providence, 5 Avenue of the Arts, Providence, RI 02903<br><br>Residence Inn Providence Downtown, 100 Sabin Street Providence, RI 02903 |