# EXHIBIT E

Zurich American Insurance Company
P.O. Box 968057
Schaumburg, IL 60196

June 22, 2020

*Via Email*

Patrick Ross

Re: Claim #: 5630049203
Insured: Procaccianti Companies
Policy #: ERP 7234788 01
Date of Loss: March 13, 2020
Loss Location: Unknown

Dear Mr. Ross,

This letter is in reference to an insurance claim submitted to our office in connection with the recent outbreak of the Coronavirus "COVID-19 virus". Zurich American Insurance Company understands that Procaccianti Companies is seeking coverage for loss of revenue associated with an order of civil authority issued in connection with the recent outbreak of the COVID-19 virus.

Zurich American Insurance Company issued Edge Policy No. ERP 7234788 01 to Procaccianti Companies, effective April 1, 2019 to April 1, 2020 ("Policy"). Zurich American Insurance Company is investigating this claim to determine whether coverage is implicated under the Policy and, if so, to what extent. As we trust you can appreciate, the insurance claim is at an early stage and little detailed information has been provided upon which we can render any definitive conclusions concerning the availability of insurance coverage for this claim. Nonetheless, at this time, Zurich American Insurance Company wishes to call your attention to certain provisions, exclusions, and limitations in the Policy that may impact the coverage afforded under the policy.

Section 1.01 of the Policy contains the following Insuring Agreement:

> 1.01 INSURING AGREEMENT
>
> This Policy insures against direct physical loss of or damage caused by a Covered Cause of Loss to Covered Property, at an Insured Location described in Section II-2.01, all subject to the terms conditions and exclusions stated in this Policy. . .

The term "Covered Cause of Loss" is defined in Section 7.11 of the Policy as "All risks of direct physical loss of or damage from any cause unless excluded."

As a preliminary matter, it does not appear that the presence of the COVID-19 virus constitutes direct physical loss or damage to property. Moreover, Zurich American Insurance Company notes, that the Policy excludes certain causes of loss. In particular, the following "Contamination" exclusion may come into play as set forth in Section 3.03 of the Policy:

> 3.03. EXCLUSIONS
>
> The following exclusions apply unless specifically stated elsewhere in this Policy:
>
> 3.03.01. This Policy excludes the following unless it results from direct physical loss or damage not excluded by this Policy.
>
> 3.03.01.01. Contamination, and any cost due to Contamination including the inability to use or occupy property or any cost of making property safe or suitable for use or occupancy, except as provided by the Radioactive Contamination Coverage of this Policy.

The terms "Contamination (Contaminated)" and "Contaminants" are defined in Section 7.09 and 7.10 of the Policy as follows:

> 7.09. Contamination (Contaminated) - Any condition of property due to the actual presence of any foreign substance, impurity, pollutant, hazardous material, poison, toxin, pathogen or pathogenic organism, bacteria, virus, disease causing or illness causing agent, Fungus, mold or mildew.
>
> 7.10. Contaminant(s) - Any solid, liquid, gaseous, thermal or other irritant, pollutant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste (including materials to be recycled, reconditioned or reclaimed), asbestos, ammonia, other hazardous substances, Fungus or Spores.

The presence of the COVID-19 virus falls within the definition of Contamination. Accordingly, any loss resulting from the presence of the COVID-19 virus may be excluded under the Policy.

Zurich American Insurance Company understands that Procaccianti Companies may also be presenting a claim for loss of income under the Time Element coverage provision set forth in Section 4.01 of the Policy, which provides, in pertinent part:

> 4.01 LOSS INSURED
>
> 4.01.01 The Company will pay for the actual Time Element loss the Insured sustains, as provided in the Time Element Coverages, during the Period of Liability. The Time Element loss must result from the necessary Suspension of the Insured's business activities at an Insured Location. The Suspension must be due to direct physical loss of or damage to Property (of the type insurable under this Policy other than Finished Stock) caused by a Covered Cause of Loss at the Location . . . .

Coverage under Section 4.01.01 applies only when there is a necessary suspension of the insured's business as a result of direct physical loss of or damage to property caused by a "covered cause of loss" at the location. As noted above, it does not appear that the presence of the COVID-19 virus constitutes direct physical loss or damage to property. Moreover, to the extent the "contamination" exclusion cited above and found in Section 3.03.01 of the Policy applies, coverage may not be available under Section 4.01 of the Policy.

We understand that Procaccianti Companies may also be presenting a claim under Section 5.02.03. of the Policy ("Civil or Military Authority"), which provides:

> 5.02.03. CIVIL OR MILITARY AUTHORITY
>
> The Company will pay for the actual Time Element loss sustained by the Insured, as provided by this Policy, resulting from the necessary Suspension of the Insured's business activities at an Insured Location if the Suspension is caused by order of civil or military authority that prohibits access to the Location. That order must result from a civil authority's response to direct physical loss of or damage caused by a Covered Cause of Loss to property not owned, occupied, leased or rented by the Insured or insured under this Policy and located within the distance of the Insured's Location as stated in the Declarations. The Company will pay for the actual Time Element loss sustained, subject to the deductible provisions that would have applied had the physical loss or damage occurred at the Insured Location, during the time the order remains in effect, but not to exceed the number of consecutive days following such order as stated in the Declarations up to the limit applying to this Coverage.

We note that, in order for coverage to apply under Section 5.02.03, there must be a necessary suspension of the Insured's business activities as a result of an order of civil or military authority that has been issued as a result of direct physical loss of or damage to property not owned by the Insured as a result of a "Covered Cause of Loss." As noted above, it does not appear that the presence of the COVID-19 virus constitutes direct physical loss or damage to property and it is unclear at this time whether the order of civil authority affecting Procaccianti Companies resulted from any direct physical loss or damage within the distance limit of one mile as set forth in the Declarations.

We also point out that, to the extent any order of civil or military authority was issued because of the presence of the COVID-19 virus or to stop the spread of COVID-19 virus, the order may not have resulted from a "Covered Cause of Loss." In this regard, Zurich American Insurance Company refers you to Contamination exclusion cited above and found in Section 3.03.01.01 of the Policy:

Additionally, the Policy contains the following "Law/Ordinance" exclusion in Section 3.03.01.03:

> 3.03. EXCLUSIONS

The following exclusions apply unless specifically stated elsewhere in this Policy:

3.03.01.03. Loss or damage arising from the enforcement of any law, ordinance, regulation or rule regulating or restricting the construction, installation, repair, replacement, improvement, modification, demolition, occupancy, operation or other use, or removal including debris removal of any property.

To the extent it is Procaccianti Companies' position that its loss of income is the result of the enforcement of any law, ordinance, regulation or rule regulating or restricting the use of any property, including, but not limited to, the decision to close certain locations, cancel events, or limit the number of individuals who could attend events or premises, any loss may be excluded pursuant to this exclusion.

The Policy also contains the following exclusions set forth in Section 3.03.02. of the Policy:

3.03. EXCLUSIONS

The following exclusions apply unless specifically stated elsewhere in this Policy:

3.03.02 This Policy excludes:

3.03.02.01. Loss or damage arising from delay, loss of market, or loss of use.

* * *

3.03.02.05 Loss or damage resulting from the Insured's suspension of business activities, except to the extent provided by this Policy.

To the extent Procaccianti Companies' loss of income is the result of delay, loss of market, or loss of use, or results from suspension of business activities other than what is covered under the Policy, such loss would be excluded under these exclusions.

We also note the following exclusion in the Time Element Coverage section of the Policy as set forth in Section 4.02.05:

4.02.05 EXCLUSIONS

In addition to the exclusions elsewhere in this Policy, the following exclusions apply to Time Element Coverage;

4.02.05.01. This Policy does not insure against:

4.02.05.01.01 Any loss during any idle period that would have been experienced had the **Suspension** of business activities not occurred. This includes, but it not limited to, when production, operation,

services, delivery or receipt of goods or services or any other business activities would have ceased, or would not have taken place or would have been prevented due to . . .

4.02.05.01.01.3 Any reason other than physical loss or damage insured by this Policy.

To the extent any loss of income relates to a period of time when the suspension of business activities is the result of any reason other than physical loss or damage insured by the Policy, coverage would not be available.

We encourage you to refer to your Policy in its entirety. At this time, please be advised that Zurich American Insurance Company reserves its right to rely on the policy provisions cited above, and any other provisions that may later be deemed applicable. Our investigation of the claim and all efforts taken regarding the determination of coverage is without waiver of the terms and conditions of the policy.

Zurich American Insurance Company is continuing our investigation of your claim under a reservation of rights. To that end, please provide us with the following information:

1. The identity and location of each business you are submitting a claim for
2. Please confirm the loss or damage being claimed
3. A copy of each governmental order directing you to suspend operations
4. Please confirm if there was a complete shutdown or a partial shutdown of your business? If partial, please confirm the ongoing business activities
5. Any other documents or information which you believe will aid our investigation

We will provide you with our coverage position as soon as our investigation is complete. Inasmuch as Zurich American Insurance Company's investigation still is ongoing, there may be additional exclusions or limitations in the Policy that could apply under the circumstances of this loss. Zurich American Insurance Company's efforts in conducting its investigation or in meeting with representatives of the insured to discuss the insurance claim should not be considered a waiver or variance of any of the Policy's terms and conditions. In addition, no consultant retained by or on behalf of Zurich American Insurance Company has any authority to interpret, waiver, or alter any of the terms, conditions, or limitations of the Policy. All coverage determinations are reserved to Zurich American Insurance Company exclusively. All rights are reserved.

Zurich American Insurance Company is willing to review and consider any additional documentation and/or information you wish to provide that you believe might have a bearing on coverage for this claim. Please forward such documentation or information for our review as soon as possible.

Please feel free to contact me if you have questions about the contents of this letter or need our further assistance.

Sincerely,
Zurich American Insurance Company

Eliset Cruz
Senior Claims Adjuster
P.O. Box 968057
Schaumburg, IL 60196