**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

Procaccianti Companies, Inc. and TPG Hotels & Resorts, Inc.

Plaintiffs,

vs.

Zurich American Insurance Company

Defendant.

Civil Action No.

**RULE 7.1 DISCLOSURE STATEMENT**

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Procaccianti Companies, Inc. ("Procaccianti") states that: (1) it is a nongovernmental, private corporate party that does not have any parent company; and (2) to the best of its knowledge, no publicly held corporation owns 10% or more of Procaccianti's stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff TPG Hotels & Resorts, Inc. ("TPG") states that: (1) it is a nongovernmental, private corporate party wholly owned subsidiary of Procaccianti; and (2) to the best of its knowledge, no publicly held corporation owns 10% or more of TPG's stock.

12/08/2020

By: */s/ Stephen M. Prignano*

Stephen M. Prignano (3649)
MCINTYRE TATE LLP
50 Park Row West, Suite 109
Providence, RI 02903
(401) 351-7700
(401) 331-6095 (fax)
sprignano@mcintyretate.com

Michael S. Levine*
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701

Michael L. Huggins*
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, California 94111

Christopher M. Pardo*
Katharine A. Dennis*
HUNTON ANDREWS KURTH LLP
60 State Street
Boston, MA 02109

*Attorneys for Plaintiffs, Procaccianti Companies, Inc. and TPG Resorts & Hotels, Inc.*

*(pro hac vice applications forthcoming)*